FILED: July 13, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4400
(5:21-cr-00142-D-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

STEPHANIE DIANNA ELLIOTT, a/k/a Stephanie Wilson, a/k/a Stephanie Moore, a/k/a Stephanie Russell, a/k/a Stephanie Hanchett, a/k/a Vicki Marsh, a/k/a Monica Allen, a/k/a Melissa Standford, a/k/a Jennifer Taylor, a/k/a Heidi Litchford, a/k/a Sandy Morehead, a/k/a Randy Morehead, a/k/a Katie Jones, a/k/a Sharon Mitchell, a/k/a Sara James, a/k/a Janet Harrington

        Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release and dismisses the appeal.

Entered at the direction of Senior Judge Motz with the concurrence of Judge Wynn and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk